UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
–Houston Division–

ROCKWALL COUNTY,

*Plaintiff*

–v–

PURDUE PHARMA L.P., *et al.*,

*Defendants.*

Civil Action No. 4:19–cv–02181

## ORDER

Upon the motion by CVS Health Corporation ("CVS"), Walgreens Boots Alliance, Inc., and Walmart, Inc. ("Retail Pharmacy Defendants"), the Retail Pharmacy Defendants' Opposed Motion for Extension of Time to Move to Dismiss Plaintiff's Petition [Doc. #3] is **GRANTED.** The deadline for Retail Pharmacy Defendants to move to dismiss or otherwise respond to Plaintiff's Petition is hereby extended to the later of **5 days** following: 1) entry of an order by the Joint Panel on Multidistrict Litigation transferring this case to the Opioid MDL (Case No. 2804); or 2) this court's ruling on Plaintiff's anticipated motion to remand.

**IT IS SO ORDERED.**

Dated this ___3rd___ day of July, 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE