UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCKWALL COUNTY, TX, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-2181 |
| CVS HEALTH CORPORATION, *et al*, | § § § | |
| Defendants. | § | |

## O R D E R

IT IS HEREBY ORDERED that the above-captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket after termination of the MDL 2804 proceedings. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the 4th day of July, 2019, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE