United States District Court
Southern District of Texas
**ENTERED**
September 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCKWALL COUNTY, TX, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-2181 |
| CVS HEALTH CORPORATION, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen Administratively Closed Case **(Instrument No. 35)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _3rd_ day of September, 2019, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**